**AKIN GUMP STRAUSS HAUER & FELD LLP**
DAVID M. STEIN (SBN 198256)
JULIA I. DE BEERS (SBN 233811)
JONATHAN P. SLOWIK (SBN 287635)
dstein@akingump.com
jdebeers@akingump.com
jpslowik@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Plaintiff
CARRINGTON HENDERSON

JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
TERESA M. MCGOWAN, CA Bar No. 145823
Deputy County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5457
Fax: (909) 387-4069

Attorneys for Defendants
JOHN ROJAS and ERIC CEBALLOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARRINGTON HENDERSON, | Case No. CV11-1335-DMG (PJR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: JOINT STIPULATION FOR DISMISSAL [61]** |
| JOHN ROJAS, et al., | |
| Defendants. | |

## ORDER

Based on the Stipulation of the Parties and good cause having been shown, pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims asserted in the above-captioned action are hereby *dismissed with prejudice* in their entirety.

**IT IS SO ORDERED.**

Dated:  January 29, 2014

_____
Dolly M. Gee
United States District Judge